

NUMBER 13-11-00517-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSH EUGENE COMSTOCK,                                             Appellant,

v.

REBECCA ANNE COMSTOCK,                                           Appellee.

On Appeal from the 94th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam**

Appellant, Josh Eugene Comstock, filed an appeal from a judgment entered by the
94th District Court of Nueces County, Texas, in cause number 10-0889-C. Appellant
has filed an unopposed motion to dismiss the appeal on grounds that the parties have
reached an agreement to settle and compromise their differences. Appellant requests
that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Any pending motions are dismissed as moot.

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of October, 2011.